

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FILED
DES MOINES, IOWA
02 AUG 26 PM 4: 1
SOUTHERN DISTRICT CT

| | | |
|---|---|---|
| IOWA PROTECTION AND ADVOCACY SERVICES, INC., | ) ) ) | NO. 4:02-CV-90004 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JESSIE K. RASMUSSEN, DIRECTOR IOWA DEPARTMENT OF HUMAN SERVICES, MICHAEL J. DAVIS, SUPERINTENDENT OF WOODWARD RESOURCE CENTER, KEVIN TECHAU, DIRECTOR IOWA DEPARTMENT OF INSPECTIONS AND APPEALS, MARVIN TOOMAN, ADMINISTRATOR, IOWA DEPARTMENT OF INSPECTIONS AND APPEALS, | ) ) ) ) ) ) ) ) ) ) ) | APPLICATION FOR ATTORNEY FEES PURSUANT TO COURT ORDER |
| Defendants. | ) | |

COMES NOW Plaintiff Iowa Protection and Advocacy Services, Inc. and hereby submits its Application for Attorney Fees Pursuant to the Court's Order of August 19, 2002.

Sharon K. Malheiro
Heather L. Palmer
DAVIS, BROWN, KOEHN,
  SHORS & ROBERTS, P.C.
666 Walnut Street, Suite 2500
Des Moines, Iowa  50309-3993

ATTORNEYS FOR PLAINTIFF

#877066

ORIGINAL FILED.

COPIES TO:

Gordon Allen
IOWA DEPARTMENT OF JUSTICE
Hoover Building
Des Moines, Iowa 50319

ATTORNEY FOR DEFENDANTS
RASMUSSEN AND DAVIS

Jean Davis
IOWA DEPARTMENT OF JUSTICE
Hoover Building
Des Moines, Iowa 50319

ATTORNEY FOR DEFENDANTS
TECHAU AND TOOMAN

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on August 26, 2002, by:

☑ US Mail                    ☐ FAX
☐ Hand Delivered             ☐ Overnight Courier
☐ Federal Express            ☐ Other:

Signature. _____

## PLAINTIFF'S APPLICATION FOR ATTORNEY FEES AND COSTS

### I. ATTORNEY FEES

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/02 | Review of correspondence from Gordon Allen regarding insufficiencies in attorney fee application and need to discount fee award. (.2). Research on case law cited by Gordon Allen regarding reduction in fee award (.6). Drafting memo regarding response to Gordon Allen (.4). | HLP | 1.20 | $126.00 |
| 07/01/02 | Review of letter from Attorney Allen regarding issues relating to attorney fee award (.3). Review of memo from Heather Palmer regarding authority cited by Attorney Allen (.4). | SKM | .70 | $105.00 |
| 07/02/02 | Research on Federal Rule of Civil Procedure 54D and review of ruling for preparing response (.2). Research on additional authority regarding block billing given case cited by Gordon Allen was reversed. (.3). | HLP | .50 | $52.50 |
| 07/03/02 | Review of materials regarding attorney fees. (.6). Conference regarding issues relating to state's assertion that it still has time to dispute fees. (.3). | SKM | .90 | $135.00 |
| 07/10/02 | Research on block billing (.5). Draft letter to Gordon Allen regarding attorney fee issue (.5). | HLP | 1.00 | $105.00 |
| 07/17/02 | Drafting Reply to Resistance to Attorney Fee Application filed by Gordon Allen (1). Drafting Supplemental Attorney Fee Application (.4). Drafting Supplemental Affidavit (.2). | HLP | 1.60 | $168.00 |
| 07/18/02 | Draft supplemental fee statement. | HLP | .80 | $84.00 |
| 08/19/02 | Review of court's ruling regarding fees (.1). Telephone conference with Sylvia Piper regarding the same (.1). | SKM | .20 | $30.00 |
| 08/19/02 | Review of order from court regarding fees. | HLP | .10 | $10.50 |
| | **TOTAL FEES** | | 7 | **$716.00** |

#877045

EXHIBIT
A

## II. TOTAL TIME SPENT

| Activity | Hours Spent |
|---|---|
| Drafting Pleadings, Motions, and Brief | 2.4 |
| Legal Research | 3.3 |
| Investigation | 1.3 |
| Interviewing | |
| Trial Preparation | |
| Trial | |

SKM   Sharon K. Malheiro
HLP   Heather L. Palmer

## III. READACTED FEES

| 07/02/02 | Review of material regarding attorney fee issue. | SKM | .90 | NC |

## IV. COSTS AND EXPENSES

| DATE | DESCRIPTION | CASH ADVANCED |
|---|---|---|
| 07/19/02 | Delivery to Clerk of Federal Court – Reply to Resistance to Attorney Fee Application. | $11.00 |
| | **TOTAL COSTS** | **$11.00** |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA PROTECTION AND ADVOCACY SERVICES, INC., <br><br> Plaintiff, <br> v. <br><br> JESSIE K. RASMUSSEN, DIRECTOR IOWA DEPARTMENT OF HUMAN SERVICES, MICHAEL J. DAVIS, SUPERINTENDENT OF WOODWARD RESOURCE CENTER, KEVIN TECHAU, DIRECTOR IOWA DEPARTMENT OF INSPECTIONS AND APPEALS, MARVIN TOOMAN, ADMINISTRATOR, IOWA DEPARTMENT OF INSPECTIONS AND APPEALS, <br><br> Defendants. | NO. 4:02-CV-90004 <br><br><br><br><br> AFFIDAVIT OF ATTORNEY FEES |

STATE OF IOWA     )
                  )
COUNTY OF POLK    )

I, Sharon Malheiro, being first duly sworn on oath, hereby depose and state that I am a member of the firm of Davis, Brown, Koehn, Shors & Roberts, P.C., the attorneys for Plaintiff in the above-captioned case; that I have read the foregoing Complaint and I am familiar with the contents thereof, and the allegations contained therein after true as I verily believe.

I further depose and state that I am regularly practicing attorney in the United States District Court for the Southern District of Iowa; that the attorney fees prayed for herein are for services rendered and to be rendered by me as attorney for Plaintiff in this action; that there has been no agreement, express or implied between me and any other person or persons except other

#865741

EXHIBIT
B

practicing attorneys engaged with me in this action, for a division or sharing of the attorney fees prayed for herein. I further attest that the reduced rates charged by the attorneys for Plaintiff in the instant matter are reduced from the rates charged by attorneys of similar skill, expertise, and experience in the Des Moines legal market.

_____
Sharon K. Malheiro

Subscribed and sworn to before me this 26th day of August, 2002.

_____
Notary Public, State of Iowa



KAREN A. MILLARD
COMMISSION NO. 102817
MY COMMISSION EXPIRES
9-23-03

2