FILED 9/10/2002 4:51:29 PM, USDC, Southern District of Iowa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| IOWA PROTECTION AND ADVOCACY SERVICES, INC., | * * * * | 4-02-CV-90004 |
| Plaintiff, | * * | |
| v. | * * | |
| JESSIE K. RASMUSSEN, Director Iowa Department of Human Services; MICHAEL J. DAVIS, Superintendent of Woodward Resource Center; KEVIN TECHAU, Director Iowa Department of Inspections and Appeals; MARVIN TOOMAN, Administrator Iowa Department of Inspections and Appeals, | * * * * * * * * | |
| Defendants. | * * * | ORDER |

The Court has before it Plaintiff's Application for Attorney Fees Pursuant to Court Order, dated August 26, 2002. Having reviewed affidavits of attorney fees and costs from counsel for Plaintiff provided pursuant to this Court's Order dated August 19, 2002 and in accordance with Local Rule 54.2(a), Defendant is hereby ordered to pay Plaintiff the total amount of Seven Hundred Twenty Seven ($727.00) for attorney fees and costs incurred in defending against Defendants' motion to resist and recalculate Plaintiff's attorney's fees.

IT IS SO ORDERED.

Dated this ___10th___ day of September, 2002.

_____
ROBERT W. PRATT
U.S. DISTRICT JUDGE